■ J. PETER GREGOIRE, Respondent, v GENEVA GENERAL HOSPITAL, INC., et al., Appellants. [661 NYS2d 555] —Judgment and order unanimously affirmed with costs for reasons stated

in decision at Supreme Court, Falvey, J. (Appeal from Judgment and Order of Supreme Court, Seneca County, Falvey, J.—Dismiss Cause of Action.) Present—Green, J. P., Lawton, Doerr, Balio and Fallon, JJ.